In the Matter of the Application of John D. Spellman for Admission to the Bar.— Application granted.   Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Warrena D. Levey, Appellant, v. Clarence D. Levey, Respondent.— Motion denied, without prejudice to a renewal thereof in the event that the appeal is not speedily prosecuted.   Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Virginia M. Monroe, Appellant, v. Antonio Musica and Others, Defendants, and Another, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Mount Vernon Trust Company and Another, as Trustees, etc., Respondents, v. James T. Penfield, Individually and as Trustee, etc., and Others, Respondents, and William W. Penfield, Appellant.— Motion denied. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

George Samuels, Respondent, v. Mae F. Samuels, Appellant.— Motion for stay granted on condition that defendant perfect her appeal, place the case on the April calendar, and be ready for argument when reached; otherwise, motion denied.   Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

William H. Schofield, as Trustee, etc., Plaintiff, v. Rebecca Wolper and Others, Defendants.— Motion denied, with ten dollars costs.   Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ. .

Thomas F. Sheedy, Respondent, v. William George Foster and Another, Appellants, and Another, Respondent.— Motion for stay in the foreclosure action granted on condition that appellant Maria Foster, within ten days after entry of judgment of affirmance by this court, perfect her appeal to the Court of Appeals, and file and serve an undertaking in the said action in the sum of $6,000, conditioned to pay any deficiency which may result upon the sale of the mortgaged premises under any judgment of foreclosure which has been or which hereafter may be entered in said action, the sureties upon which undertaking shall justify upon notice; otherwise, motion denied. with ten dollars costs.   Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ

George J. Tresham and Another, Respondents, v. "Albert" A. Miller, etc., Appellant.— Motion to dismiss appeal denied on condition that within five days appellant pay to respondents ten dollars costs of motion, perfect his appeal from the order as finally resettled, print, serve and file papers on such appeal containing all of the affidavits recited as read on the motion resulting in such order, place the case on the calendar for April 5, 1915, and be ready for argument when reached; otherwise, motion granted, with costs.   Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ

Susan Louisa Cornell and Others, Appellants, v. John H. Abrams, Individually and as Executor, etc., and Others, Respondents.— Judgment and order reversed and new trial granted, costs to abide the event, on the grounds that it was error on the part of the trial court to direct a verdict under the circumstances of this case, and that the alleged special verdict